
**SEALED**

# United States District Court
for the
District of Utah

FILED
2022 OCT 14 PM 12:01
CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No: 2:21-cr-00140-001 JNP |
| SEALED | |

## ARREST WARRANT



To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **SEZGIN BARAN KORKMAZ**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment [ ] Superseding Indictment [ ] Information [ ] Superseding Information
[ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**MONEY LAUNDERING - FEDERAL STATUTES, OTHER (Conspiracy to Commit Money Laundering Offenses) and Notice of Intent to Seek Forfeiture
FRAUD BY WIRE, RADIO, OR TELEVISION (Wire Fraud)
TAMPERING WITH A WITNESS, VICTIM, OR AN INFORMANT (Obstruction of an Official Proceeding)**

in violation of 18 U.S.C. 1956(h), 18 U.S.C. 982(a)(l), 18 U.S.C. 1343 and 18 U.S.C. 1512(c)(2) United States Code.

D. Mark Jones
Name of Issuing Officer

*Jennifer Jensen* (signature)
Signature of Issuing Officer

By: Jennifer Jensen
Generalist Clerk

Clerk of Court
Title of Issuing Officer

April 29, 2021 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Vienna, Austria

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4.29.21 | Dzsm Michael George | (signature) |
| DATE OF ARREST | | |
| 07/15/2022 | | |