MATTHEW C. CROWL (*Pro Hac Vice*)
Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Tel: 312.471.8700
Fax: 312.471.8701
Email: mcrowl@rshc-law.com

*Attorneys for Sezgin Baran Korkmaz*

NAFIZ CEKIRGE (*Pro Hac Vice*)
Riley Safer Holmes & Cancila LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
Tel: (212) 660-1045
Fax: (212) 660-1001
Email: ncekirge@rshc-law.com

*Attorneys for Sezgin Baran Korkmaz*

| IN THE UNITED STATES DISTRICT COURT<br>DISTRICT OF UTAH, CENTRAL DIVISION | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SEZGIN BARAN KORKMAZ,<br>Defendant. | Case No.: 2:21-CR-00140-JNP<br>Judge Jill N. Parrish |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL**

Sezgin Baran Korkmaz respectfully request that the Court continue the trial date currently set for April 29, 2024. In support of his motion, Mr. Korkmaz states as follows:

1. The Court set a three-week jury trial to begin on April 29, 2024.

2. In the interests of justice, Mr. Korkmaz respectfully requests a continuance of the April 29, 2024 trial date by six (6) months, to early November 2024.

3. This case is complex and defense counsel needs additional time to prepare a constitutionally sufficient defense. Failure to continue the trial would result in a miscarriage of justice and would deny defendant effective representation.

4. Mr. Korkmaz agrees to exclude the additional time under the Speedy Trial Act.

5. Mr. Korkmaz has consulted with counsel for the government, who has indicated that it does not oppose the motion.

6. Wherefore, for the foregoing reasons, Mr. Korkmaz respectfully requests that the Court continue the trial date for six (6) months, to early November 2024.

Respectfully submitted this 26th day of April, 2024.

*/s/ Matthew C. Crowl*______________
MATTHEW C. CROWL (*Pro Hac Vice*)
Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Tel: 312.471.8700
Fax: 312.471.8701
Email: mcrowl@rshc-law.com

NAFIZ CEKIRGE (*Pro Hac Vice*)
Riley Safer Holmes & Cancila LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
Tel: (212) 660-1045
Fax: (212) 660-1001
Email: ncekirge@rshc-law.com

*Attorneys for Sezgin Baran Korkmaz*

**Certificate of Service**

I certify that on the 26th day of April 2024, I caused a copy of the foregoing to be filed through the CM/ECF electronic filing system, and I caused a copy to be emailed to all counsel of record.

*/s/ Matthew C. Crowl*______________
MATTHEW C. CROWL (*Pro Hac Vice*)
Attorney for Sezgin Baran Korkmaz