MATTHEW C. CROWL (*Pro Hac Vice*)
Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Tel: 312.471.8700
Fax: 312.471.8701
Email: mcrowl@rshc-law.com

NAFIZ CEKIRGE (*Pro Hac Vice*)
Offit Kurman
Court Plaza South
21 Main Street, Suite 158
Hackensack, NJ 07601
Tel: (732) 218-1800
Fax: (732) 218-1835
Email: ncekirge@rshc-law.com

*Attorneys for Sezgin Baran Korkmaz*

*Attorneys for Sezgin Baran Korkmaz*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. SEZGIN BARAN KORKMAZ, Defendant. | Case No.: 2:21-CR-00140-JNP <br><br> Judge Jill N. Parrish |
|---|---|

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant Sezgin Baran Korkmaz respectfully requests that the Court continue the trial date currently set for November 4, 2024. In support of his motion, Korkmaz states as follows:

1. The Court set a three-week jury trial to begin on November 4, 2024.

2. In the interests of justice, Korkmaz respectfully requests a continuance of the November 4, 2024, trial date by approximately four months, to mid-March 2025.

3. This case is complex and defense counsel needs additional time to prepare a constitutionally sufficient defense. Failure to continue the trial would result in a miscarriage of justice and would deny defendant effective representation.

4. Korkmaz agrees to exclude the additional time under the Speedy Trial Act.

5. Korkmaz has consulted with counsel for the Government, who has indicated that it does not oppose the motion.

6. Wherefore, for the foregoing reasons, Korkmaz respectfully requests that the Court continue the trial date for approximately four months to mid-March 2025.

Respectfully submitted this 26th day of September, 2024.

/s/ Matthew C. Crowl
MATTHEW C. CROWL (*Pro Hac Vice*)
Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Tel: 312.471.8700
Fax: 312.471.8701
Email: mcrowl@rshc-law.com

NAFIZ CEKIRGE (*Pro Hac Vice*)
Offit Kurman
Court Plaza South
21 Main Street, Suite 158
Hackensack, NJ 07601
Tel: 732.218.1800
Fax: 732.218.1835
Email: nafiz.cekirge@offitkurman.com

*Attorneys for Sezgin Baran Korkmaz*

## Certificate of Service

I certify that on the 26th day of September 2024, I caused a copy of the foregoing to be filed through the CM/ECF electronic filing system, and I caused a copy to be emailed to all counsel of record.

/s/ Matthew C. Crowl
MATTHEW C. CROWL (*Pro Hac Vice*)
Attorney for Sezgin Baran Korkmaz

4895-4013-9753, v. 1